IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 5:07CR661-008 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE VECCHIARELLI |
| | ) | |
| JACK WILLIAMS, et al., | ) | |
| | ) | |
| Defendant. | ) | <u>ORDER</u> |

On February 13, 2008, the Defendant appeared before the Honorable David S. Perleman, United States Magistrate Judge, for Arraignment and entered a not guilty plea to Counts 1 and 9 of an indictment filed on December 19, 2007.

The Defendant was released on a $25,000 unsecured bond, subject to Pretrial Services "B" Supervision with standard and special conditions of release:

- travel restricted to the Northern District of Ohio, Southern District of Texas, and the State of Florida;

- refrain from possessing a firearm, destructive device or dangerous weapon;

- substance abuse testing and/or treatment as deemed necessary by Pretrial Services;

- no contact with victim/witness; and no contact with co-defendants except for work purposes.

The Defendant reported prior mental health treatment, although a mental health treatment condition of bond was not ordered.  Defendant is currently supervised by the Pretrial Offices in the Southern District of Texas, Houston office.

On April 7, 2008, Pretrial Services Officer, Julie Gray, was notified by Pretrial Services Officer, Scott Cooper, that the Defendant admitted himself into a local hospital for mental health treatment.

Pretrial Services , in a memorandum dated April 7, 2008, requests the Court amend Defendant's conditions of bond to include mental health treatment.

The Court amends the "Order Setting Conditions of Release," (ECF Doc. No. 10), to include Psychiatric/Mental Health evaluation, treatment, and /or counseling as directed by Pretrial Services.  Defendant shall take all medications as prescribed.

IT IS SO ORDERED.

 s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

April 8, 2008